IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | No. 3:08-cr-268-B (03) |
| | § | |
| JOSE JUAN HERNANDEZ | § | |
| (BOP Register No. 38507-177), | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case, as to Defendant's Motion to Order Nunc Pro Tunc Designation and/or to Correct Judgment and Commitment to Reflect Correct Sentence Computation [Dkt. No. 450]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court DENIES Defendant's requested Federal Rule of Criminal Procedure 36 relief with prejudice, and, because the Court lacks jurisdiction to consider relief under 28 U.S.C. § 2241 as to Defendant, the Court also DENIES any such relief Defendant seeks without prejudice to his reasserting that request in the district in which he is incarcerated.

SO ORDERED.

DATED: MARCH 15, 2016

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE